## AFFIDAVIT IN SUPPORT OF COMPLAINT FOR FORFEITURE

I, Scott Moses, (Affiant) being first duly sworn, depose and state:

1. I am currently employed as a Technical Positioned State Trooper with the Kansas Highway Patrol (KHP) and have been so employed for over 9 years. I served 5 years as the Kansas Highway Patrol Troop B Investigator, assigned to the Topeka Police Department Criminal Investigations Bureau. My current assignment with the KHP is as a Task Force Officer with DEA, having been so employed as a TFO since August 2023.

2. In addition to initial training, I have received numerous courses of instruction from the KHP, Kansas Bureau of Investigations, Topeka Police Department, El Paso Intelligence Center (EPIC), and training provided by the DEA relating to investigative techniques and conducting of narcotics and drug trafficking investigations. I have participated in and conducted investigations resulting in the arrests of individuals who received and distributed controlled substances, as well as the seizure of illegal drugs and proceeds derived from the sale of those illegal drugs.

3. I am personally participating in the investigation set forth below. I am familiar with the facts and circumstances of the investigation through my personal participation; from discussions with other DEA agents and other law enforcement officials; from my discussions with witnesses involved in the investigation; and, from my review of records and reports relating to the investigation. This affidavit is submitted in support of a complaint for forfeiture for the following property:

    a. $161,380.00 in United States currency.

4. On 07/11/2024 at around 1303 hours, Technical Trooper James McCord of the Kansas Highway Patrol was patrolling Interstate 70 at mile marker 219 in Ellsworth County, Kansas when he conducted a traffic stop for a moving violation on a white 2022 Nissan Altima with Arizona Registration JGA0GT. TRP McCord stopped the vehicle and contacted the driver. The vehicle was only occupied by Mexico Identification Card as Elijio PORTILLO-Murrieta (06/12/1978).

5. TRP McCord asked PORTILLO for consent to search the vehicle. PORTILLO would grant TRP McCord consent to search the vehicle. TRP McCord was assisted by KHP LT Scott Walker to search the vehicle.

6. TRP McCord and LT Walker would locate a post-manufactured compartment located behind the speedometer of the Nissan Altima. Inside of the compartment, seven heat-sealed bundles of U.S. Currency were located.

7. TRP McCord and LT Walker would transport PORTILLO and the vehicle back to KHP Troop C Headquarters located in Salina, KS. While TRP McCord and LT Walker were attempting to positively identify PORTILLO and collect personal information, through the use of a telephone interpreter PORTILLO stated that he wished to speak with law enforcement regarding his activities and was willing to cooperate. PORTILLO also stated that this was the first time that he had ever done anything like this.

8. TFOs S. Moses and T. Case would conduct an interview with PORTILLO and complete personal information sheets. TFO Moses began speaking with PORTILLO using an interpreter telephone line. Through the post-Miranda interview, PORTILLO would disclose that he is a courier for a Drug Trafficking Organization. PORTILLO stated that he was given $1,500 in cash to drive eight kilograms of cocaine to St. Louis, MO. When PORTILLO arrived in St. Louis, he exchanged eight kilograms of cocaine for $161,380.00. The cocaine and the currency were placed in the dash compartment of the 2022 Nissan Altima.

9. It would also be determined that the Drug Trafficking Organization had purchased the vehicle and given the vehicle to PORTILLO. PORTILLO in turn had his girlfriend, Aurora Lucia TORREZ register the 2022 Nissan Altima in her name so as not to raise suspicion.

10. PORTILLO made admissions of completing several trips, over ten, to cities to include Atlanta, GA, Nashville, TN and St. Louis, MO. PORTILLO claimed that he would drop of between seven and eight kilograms on every trip and return with currency.

11. It would be later discovered that Fairview Heights DEA Group seized approximately $191,000 in 2023.

12. PORTILLO stated the drugs (cocaine) would be loaded into his vehicle in the Tucson, AZ area. PORTILLO would take a shuttle from Phoenix, AZ to Tucson, AZ where he would meet with a dark-skinned Hispanic male named Jorge to pick up the vehicle.

13. Based upon the information set out above, this Affiant has probable cause to believe that the $161,380.00 seized by the Kansas Highway Patrol constitutes money or other things of value furnished or intended to be furnished in exchange for a controlled substance, or proceeds traceable to such an exchange, or was used or intended to be used to facilitate one or more violations of Title 21, U.S.C. § 841 et. seq. Accordingly, the property is subject to forfeiture pursuant to Title 21, U.S.C. § 853 and 881.

Scott Moses, TFO
DEA

Sworn to and subscribed before me this 19th day of August 2024.

Michelle Stephens

Notary Public

MICHELLE STEPHENS
Notary Public - State of Kansas
My Appt. Expires 05/23/2026

My Commission Expires: